# EXHIBIT 8



**In the High Court of Justice**
**Family Division**

No: FD13D05340

**The Matrimonial Causes Act 1973**

**The Senior Courts Act 1981**

**The Marriage of Tatiana Mikhailovna Akhmedova and Farkhad Teimur Ogly Akhmedov**

**ORDER MADE BY THE HON. MRS JUSTICE GWYNNETH KNOWLES ON   [    ] 2020 ON THE PAPERS**

**The parties**

1.  The Applicant is Tatiana Mikhailovna Akhmedova

    The First Respondent is Farkhad Teimur Ogly Akhmedov

    The Second Respondent is Woodblade Limited

    The Third Respondent is Cotor Investments SA

    The Fourth Respondent is Qubo 1 Establishment

    The Fifth Respondent is Qubo 2 Establishment

    The Sixth Respondent is Straight Establishment

    The Seventh Respondent is Avenger Assets Corporation

    The Eighth Respondent is Counselor Trust Reg in its capacity as trustee of the trusts set out in Part A of Schedule 1 to the Order of Mrs Justice Gwynneth Knowles dated 15 August 2019

    The Ninth Respondent is Sobaldo Establishment in its capacity as trustee of the trusts set out in Part B of Schedule 1 to the Order of Mrs Justice Gwynneth Knowles dated 15 August 2019

    The Tenth Respondent is Temur Akhmedov

**Recitals**

2.  By order of Mrs Justice Knowles dated 19 June 2020 (the "19 June Order"), the Applicant and Tenth Respondent were ordered to simultaneously exchange signed statements of witness of fact by 21 August 2020.

3. By order of Mrs Justice Knowles dated 23 July 2020 (the "Forensic Examination Order"), the Tenth Respondent was ordered to deliver up his Electronic Devices and to provide access to his Cloud Accounts and Mobile Communication Services for the purposes of independent forensic examination, and forthwith to take such further steps as the independent expert, Stroz Friedberg Limited, an Aon Company ("**Aon**"), may require from time to time to obtain effective access to any Electronic Device, Cloud Account or Mobile Communication Service (including, without limitation, answering questions raised by Aon, and providing his authorisation to third party service providers).

4. By order of Mrs Justice Knowles dated 3 August 2020 made without notice (the "Part 71 Order"), the Tenth Respondent was ordered to produce documents.

5. By order of Mrs Justice Knowles dated 10 August 2020 (the "Other Matters Order"), the Tenth Respondent was ordered to produce copies of all outstanding documents required to be provided under paragraph 2 of the Part 71 Order by 4.00pm on 21 August 2020.

6. Upon consideration of the letter dated 24 August 2020 lodged by the Applicant,

**IT IS ORDERED THAT:**

7. The 19 June Order and the Other Matters Order shall be amended as follows:

    a) the date at paragraph 14(b) of the 19 June Order be amended to 28 August 2020; and

    b) the date at paragraph 7(b) of the Other Matters Order be amended to 28 August 2020.

8. By 4 pm on 26 August 2020, the Tenth Respondent shall:

    a) deliver to the Applicant's solicitors the Google mandates as set out in paragraph 6(d) of the Other Matters Order;

    b) provide complete answers to each of Aon's questions in its email to the parties dated 14 July 2020; and

    c) produce his unredacted UBS bank statements for January 2014 to 31 December 2018, pursuant to his obligations under paragraph 2 of the Part 71 Order, and paragraphs 10.b and 11.a.iii of the 19 June Order.

**Costs**

9. Costs reserved.

**Effectiveness of this order**

10. **This order shall take immediate effect once approved by the Court notwithstanding that it does not bear the seal of the High Court.**

Dated this [    ] day of [       ] 2020.

# EXHIBIT 9

**To whom it may concern**

I, Temur Akhmedov, am the owner of the account  temur.akhmedov1993@gmail.com

I consent to the disclosure of all data contained on or relating to my account of whatever nature (including, but not limited to, emails and documents (including deleted items), account/subscriber information and metadata) being produced to Stroz Friedberg Limited of The Aon Centre, The Leadenhall Building, 122 Leadenhall Street, London, EC3V 4AN ("Aon"). You may take instructions in this regard from Amar Nankani of Aon, whose contact details are:

> E: amar.nankani@aon.co.uk
> T: +44 (0)207 086 5808
> M: +44 (0)7539 303633

I further instruct you to provide a copy of all data contained on or relating to my account of whatever nature to Aon as soon as possible, and to follow any and all further instructions received from Mr Nankani of Aon to provide access to or copies of data on or relating to my account.

I withdraw and waive any objection that I have made or could make to the production by Google of any data which is the subject of this consent and instruction pursuant to a subpoena or other court order in any jurisdiction, provided that the subpoena or other court order is consistent with this consent and instruction.  I further confirm that I consent to the production of such data (including contents of communications) for the purposes of 18 U.S. Code §2702(b)(3) and (c)(2) pursuant to any subpoena or other court order which is consistent with this consent and instruction.

If you require any further information to verify my identity or my ownership of this account, please contact my solicitors using the following details: Messrs Hughes Fowler Carruther, Academy Court, 94 Chancery Lane, London WC2A 1DT; Tel: 020 74218383, Email: M.Harper@HFCLAW.com/ F.Hughes@HFCLAW.com

Name:      **Temur Akhmedov**

Date:      21.08.2020

**To whom it may concern**

I, Temur Akhmedov, am the owner of the account khyshen@gmail.com

I consent to the disclosure of all data contained on or relating to my account of whatever nature (including, but not limited to, emails and documents (including deleted items), account/subscriber information and metadata) being produced to Stroz Friedberg Limited of The Aon Centre, The Leadenhall Building, 122 Leadenhall Street, London, EC3V 4AN ("Aon"). You may take instructions in this regard from Amar Nankani of Aon, whose contact details are:

> E: amar.nankani@aon.co.uk
> T: +44 (0)207 086 5808
> M: +44 (0)7539 303633

I further instruct you to provide a copy of all data contained on or relating to my account of whatever nature to Aon as soon as possible, and to follow any and all further instructions received from Mr Nankani of Aon to provide access to or copies of data on or relating to my account.

I withdraw and waive any objection that I have made or could make to the production by Google of any data which is the subject of this consent and instruction pursuant to a subpoena or other court order in any jurisdiction, provided that the subpoena or other court order is consistent with this consent and instruction.  I further confirm that I consent to the production of such data (including contents of communications) for the purposes of 18 U.S. Code §2702(b)(3) and (c)(2) pursuant to any subpoena or other court order which is consistent with this consent and instruction.

If you require any further information to verify my identity or my ownership of this account, please contact my solicitors using the following details: Messrs Hughes Fowler Carruther, Academy Court, 94 Chancery Lane, London WC2A 1DT; Tel: 020 74218383, Email: M.Harper@HFCLAW.com/ F.Hughes@HFCLAW.com

.............................................

Name:     **Temur Akhmedov**

Date:     21·08·2020

**To whom it may concern**

I, Temur Akhmedov, am the owner of the account temur@stecapital.net

I consent to the disclosure of all data contained on or relating to my account of whatever nature (including, but not limited to, emails and documents (including deleted items), account/subscriber information and metadata) being produced to Stroz Friedberg Limited of The Aon Centre, The Leadenhall Building, 122 Leadenhall Street, London, EC3V 4AN ("Aon"). You may take instructions in this regard from Amar Nankani of Aon, whose contact details are:

        E: amar.nankani@aon.co.uk
        T: +44 (0)207 086 5808
        M: +44 (0)7539 303633

I further instruct you to provide a copy of all data contained on or relating to my account of whatever nature to Aon as soon as possible, and to follow any and all further instructions received from Mr Nankani of Aon to provide access to or copies of data on or relating to my account.

I withdraw and waive any objection that I have made or could make to the production by Google of any data which is the subject of this consent and instruction pursuant to a subpoena or other court order in any jurisdiction, provided that the subpoena or other court order is consistent with this consent and instruction.  I further confirm that I consent to the production of such data (including contents of communications) for the purposes of 18 U.S. Code §2702(b)(3) and (c)(2) pursuant to any subpoena or other court order which is consistent with this consent and instruction.

If you require any further information to verify my identity or my ownership of this account, please contact my solicitors using the following details: Messrs Hughes Fowler Carruther, Academy Court, 94 Chancery Lane, London WC2A 1DT; Tel: 020 74218383, Email: M.Harper@HFCLAW.com/ F.Hughes@HFCLAW.com

...........................................

Name:     **Temur Akhmedov**

Date:     21.08.2020

**To whom it may concern**

I, Temur Akhmedov, am the owner of the account temur@akhmedov.net

I consent to the disclosure of all data contained on or relating to my account of whatever nature (including, but not limited to, emails and documents (including deleted items), account/subscriber information and metadata) being produced to Stroz Friedberg Limited of The Aon Centre, The Leadenhall Building, 122 Leadenhall Street, London, EC3V 4AN ("Aon"). You may take instructions in this regard from Amar Nankani of Aon, whose contact details are:

> E: amar.nankani@aon.co.uk
> T: +44 (0)207 086 5808
> M: +44 (0)7539 303633

I further instruct you to provide a copy of all data contained on or relating to my account of whatever nature to Aon as soon as possible, and to follow any and all further instructions received from Mr Nankani of Aon to provide access to or copies of data on or relating to my account.

I withdraw and waive any objection that I have made or could make to the production by Google of any data which is the subject of this consent and instruction pursuant to a subpoena or other court order in any jurisdiction, provided that the subpoena or other court order is consistent with this consent and instruction.   I further confirm that I consent to the production of such data (including contents of communications) for the purposes of 18 U.S. Code §2702(b)(3) and (c)(2) pursuant to any subpoena or other court order which is consistent with this consent and instruction.

If you require any further information to verify my identity or my ownership of this account, please contact my solicitors using the following details: Messrs Hughes Fowler Carruther, Academy Court, 94 Chancery Lane, London WC2A 1DT; Tel: 020 74218383, Email: M.Harper@HFCLAW.com/ F.Hughes@HFCLAW.com

Name:       **Temur Akhmedov**

Date:       21·08·2020