1  HOLLAND & KNIGHT LLP
   James H. Power *pro hac vice (forthcoming)*
2  Daniel P. Kappes (SBN 303454)
   50 California Street, 28th Floor
3  San Francisco, CA 94001
   T 415.743.6900 | F 415.743.6951
4  E-mail: james.power@hklaw.com
   E-mail: daniel.kappes@hklaw.com
5
   Attorneys for Applicant
6  *Tatiana Akhmedova*

7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION

11                                          )   Case No. CV-20-80156 MISC VKD
   IN RE APPLICATION OF TATIANA            )
12 AKHMEDOVA,                               )   [PROPOSED] ORDER GRANTING
                                            )   TATIANA AKHMEDOVA'S
13                         Applicant,       )   APPLICATION FOR DISCOVERY
                                            )   PURSUANT TO 28 U.S.C. § 1782
14 REQUEST FOR DISCOVERY                    )
   PURSUANT TO 28 U.S.C. § 1782.            )
15                                          )
                                            )
16 _____ )

17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER

FILED BY FAX

RECEIVED
SEP 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

This matter comes before the Court by an application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") filed by Tatiana Akhmedova ("Applicant"). Having reviewed the Application and Applicant's supporting memorandum of law, the declaration of Anthony J. Riem dated September 14, 2020, as well as the exhibits thereto, the Court is satisfied that the production of documentation is warranted pursuant to 28 U.S.C. § 1782, and the Court hereby ORDERS as follows:

1) The Application is GRANTED.

2) The Applicant is authorized to issue and serve subpoenas on Google, LLC ("Google") for the production of the following information:

    a) All non-content electronically stored information ("ESI"), including but not limited to all metadata and subscriber information for the following email accounts:

        i) temur@akhmedov.net;

        ii) temur@stecapital.net;

        iii) khyshen@gmail.com;

        iv) temur.akhmedov@gmail.com;

        v) any other email address where Temur Akhmedov is determined to be the subscriber or account holder.

    b) All emails, documents or information regarding the above-listed accounts which would ordinarily be recoverable to a subscriber or account holder through the account recovery process with Google or based on the consent of the subscriber or account holder;

3) Google shall produce the documents and information requested in the subpoena within fourteen (14) days of service of the subpoena;

4) Google shall produce the documents directly to the independent IT forensic expert appointed by the English Court, Aon, whose contact information for such production shall be provided by Applicant;

5) Google shall preserve documents, information and evidence, electronic or otherwise, in its possession, custody or control that contain information potentially relevant to the subject matter of the Applicant's request;

6) The Court shall retain jurisdiction over the matter for the purpose of enforcement and assessing any supplemental request for discovery assistance that may be requested by Applicant.

7) A copy of this Order shall be served with each discovery demand.

SO ORDERED

Dated: September ___, 2020

_____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER