1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9
10
11
12
13
14
15
16
17

| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>　　　　Applicant, | Case No. 5:20-mc-80156-VKD<br><br>**[PROPOSED] ORDER GRANTING TEMUR AKHMEDOV'S MOTION FOR LEAVE TO INTERVENE TO OPPOSE APPLICANT TATIANA AKHMEDOVA'S EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782**<br><br>[Filed concurrently with Motion to Intervene]<br><br>Judge:　　Hon. Virginia K. DeMarchi<br>Date:　　October 27, 2020<br>Time:　　10:00 a.m.<br>Courtroom:　2 |
|---|---|

18
19
20
21
22
23
24
25
26
27
28

LARSON·O'BRIEN LLP
LOS ANGELES

Case No. 5:20-mc-80156-VKD

[PROPOSED] ORDER

It appearing, upon argument of counsel and for good cause shown:

IT IS HEREBY ORDERED that Temur Akhmedov's Motion to Intervene in the above proceeding pursuant to Federal Rules of Civil Procedure Rule 24 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge