Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Steven E. Bledsoe (SBN 157811)
*sbledsoe@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:   (213) 436-4888
Facsimile:    (213) 623-2000

Attorneys for Proposed Intervenor
TEMUR AKHMEDOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant, | Case No. 5:20-mc-80156-VKD<br><br>**PROPOSED INTERVNOR TEMUR AKHMEDOV'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:   Hon. Virginia K. DeMarchi |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL INTERESTED PARTIES:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 21, 2020             LARSON O'BRIEN LLP


By:   /s/ Stephen G. Larson
     Stephen G. Larson
     Steven E. Bledsoe
     Paul A. Rigali
Attorneys for Proposed Intervenor
TEMUR AKHMEDOV