Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Steven E. Bledsoe (SBN 157811)
*sbledsoe@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:  (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Proposed Intervenor
TEMUR AKHMEDOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>       Applicant, | Case No. 5:20-mc-80156-VKD<br><br>**NOTICE OF APPEARANCE OF STEVEN E. BLEDSOE**<br><br>Judge:    Hon. Virginia K. DeMarchi |

TO THE HONORABLE COURT AND TO COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that, Steven E. Bledsoe of the firm Larson O'Brien LLP, hereby enters his appearance as counsel of record for Proposed Intervenor Temur Akhmedov in the above-referenced action and requests that, for purposes of the court docket, service list, electronic filings and electronic notification of service, the Court and counsel for Applicant add Steven E. Bledsoe to this action as follows:

> Steven E. Bledsoe (SBN 157811)
> LARSON O'BRIEN LLP
> 555 S. Flower Street
> Suite 4400
> Los Angeles, CA  90071
> Tel:  (213) 436-4888
> Fax:  (213) 623-2000
> Email:  sbledsoe@larsonllp.com

Dated:  September 23, 2020                    LARSON O'BRIEN LLP

By:   /s/ Steven E. Bledsoe
       Stephen G. Larson
       Steven E. Bledsoe
       Paul A. Rigali
   Attorneys for Proposed Intervenor
   TEMUR AKHMEDOV