Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Steven E. Bledsoe (SBN 157811)
*sbledsoe@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:   (213) 436-4888
Facsimile:    (213) 623-2000

Attorneys for Proposed Intervenor
TEMUR AKHMEDOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant, | Case No. 5:20-mc-80156-VKD<br><br>**NOTICE OF APPEARANCE OF PAUL A. RIGALI**<br><br>Judge:   Hon. Virginia K. DeMarchi |

TO THE HONORABLE COURT AND TO COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE Paul A. Rigali of the firm Larson O'Brien LLP, hereby enters his appearance as counsel of record for Proposed Intervenor Temur Akhmedov in the above-referenced action and requests that, for purposes of the court docket, service list, electronic filings and electronic notification of service, the Court and counsel for Applicant add Paul A. Rigali to this action as follows:

>   Paul A. Rigali (SBN 262948)
>   LARSON O'BRIEN LLP
>   555 S. Flower Street
>   Suite 4400
>   Los Angeles, CA  90071
>   Tel:  (213) 436-4888
>   Fax:  (213) 623-2000
>   Email:  prigali@larsonllp.com

Dated:  September 23, 2020                LARSON O'BRIEN LLP

By:   /s/ Paul A. Rigali
Stephen G. Larson
Steven E. Bledsoe
Paul A. Rigali
Attorneys for Proposed Intervenor
TEMUR AKHMEDOV