Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Steven E. Bledsoe (SBN 157811)
*sbledsoe@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:   (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Proposed Intervenor
TEMUR AKHMEDOV

James H. Power
(*pro hac vice forthcoming*)
Daniel P. Kappes (SBN 303454)
*daniel.kappes@hklaw.com*
**HOLLAND & KNIGHT LLP**
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 743-6900
Facsmile:    (415) 743-6910

Attorneys for Applicant
TATIANA AKHMEDOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant, | Case No. 5:20-mc-80156-VKD<br><br>**STIPULATION AS TO PROPOSED INTERVENOR TEMUR AKHMEDOV**<br><br>[Proposed] Order filed concurrently herewith]<br><br>Judge:   Hon. Virginia K. DeMarchi |

Applicant Tatiana Akhmedova ("Applicant") and Proposed Intervenor Temur Akhmedov ("Proposed Intervenor") hereby submit this stipulated request that the Court issue an order permitting Temur Akhmedov to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, as follows:

WHEREAS, Proposed Intervenor filed a Motion to Intervene on September 21, 2020 (ECF No. 5);

WHEREAS, the parties met and conferred, by and through their counsel, regarding Proposed Intervenor withdrawing his Motion to Intervene in light of developments in foreign court proceedings;

WHEREAS, the parties stipulate and agree, by and through their counsel, that Proposed Intervenor should be permitted to intervene in this action for the limited purpose of receiving notice of filings, orders, and other docket entries in this action, in order to protect his interests in the event he believes that Applicant is seeking discovery that is broader than previously agreed or set forth in the Application;

WHEREAS, the parties stipulate and agree, by and through their counsel, that Proposed Intervenor shall withdraw his Motion to Intervene to the extent it seeks leave to file an opposition to Applicant's Ex Parte Application (ECF No. 1);

WHEREAS, the parties stipulate and agree, by and through their counsel, that Proposed Intervenor shall not file an opposition to Applicant's Ex Parte Application (ECF No. 1) and that Proposed Intervenor consents to Applicant's Ex Parte Application (ECF No. 1) without qualification;

NOW THEREFORE, the parties hereby stipulate and agree, by and through their counsel, that Proposed Intervenor withdraws his Motion to Intervene to the extent it seeks leave to file an opposition to Applicant's Ex Parte Application (ECF No. 1), that Proposed Intervenor shall not file an opposition to Applicant's Ex Pate Application (ECF No. 1), and that Proposed Intervenor should be permitted to intervene for the limited purpose of receiving notice of filings, orders, and other docket entries in this action, and in order to protect his interests in the event he believes that Applicant is seeking discovery that is broader than previously agreed or set forth in the Application.

1     IT IS SO STIPULATED.

2 Dated: October 5, 2020      LARSON O'BRIEN LLP

3

4

5      By:   /s/ Stephen G. Larson[1]
           Stephen G. Larson

6            Steven E. Bledsoe
           Paul A. Rigali

7

8      Attorneys for Proposed Intervenor
     TEMUR AKHMEDOV

9

10

11 Dated: October 5, 2020      HOLLAND & KNIGHT LLP

12

13

14      By:   /s/ Daniel P. Kappes
           Daniel P. Kappes

15

16      Attorneys for Applicant
     TATIANA AKHMEDOVA

17

---

[1] Pursuant to L.R. 5-1(i)(3), filer attests that concurrence in the filing of this document has been obtained from each of the other signatories and shall serve in lieu of their signatures.