1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  IN RE APPLICATION OF TATIANA AKHMEDOVA, | Case No. 5:20-mc-80156-VKD |
| 12 | **[PROPOSED] ORDER GRANTING TEMUR AKHMEDOV'S MOTION TO INTERVENE** |
| 13        Applicant. | |
| 14 | [Stipulation filed concurrently herewith] |
| 15 | Judge:    Hon. Virginia K. DeMarchi |
| 16 | Re:  Dkt. No. 9 |

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the parties' stipulation filed on October 5, 2020, and for good cause appearing, the Court hereby ORDERS:

1)  Proposed Intervenor Temur Akhmedov's ("Proposed Intervenor") Motion to Intervene (ECF No. 5) is withdrawn to the extent it seeks leave to file an opposition to Applicant Tatiana Akhmedova's ("Applicant") Ex Parte Application (ECF No. 1);

2)  Proposed Intervenor shall not file an opposition to Applicant's Ex Pate Application (ECF No. 1);

3)  Proposed Intervenor's Motion to Intervene is hereby GRANTED for the limited purpose of receiving notice of filings, orders, and other docket entries in this action, and in order to protect his interests in the event he believes that Applicant is seeking discovery that is broader than previously agreed or set forth in the Application.

The Court accordingly removes from the calendar the upcoming October 27, 2020, hearing on Proposed Intervenor's motion.

**IT IS SO ORDERED.**

DATED: ___October 6, 2020___

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge

Case No. 5:20-mc-80156
[PROPOSED] ORDER