UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant. | Case No. 20-mc-80156-VKD<br><br>**ORDER RE EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 USC § 1782**<br><br>Re: Dkt. No. 1 |

Applicant Tatiana Akhmedova has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Google LLC ("Google"). Dkt. Nos. 1-4. Although the proposed subpoena is directed to Google, Ms. Akhmedova will use the subpoena to obtain information regarding Google accounts believed to be associated with her son Temur Akhmedov.

Mr. Temur Akhmedov initially sought permission to intervene to oppose the application. Dkt. No. 5. However, the parties have since resolved their dispute concerning both intervention and service of the proposed subpoena, as reflected in a stipulation filed with the Court. Dkt. Nos. 9, 10. In addition, Mr. Akhmedov agrees that he will not oppose Ms. Akhmedova's application for discovery and consents to the application "without qualification." Dkt. No. 9 at 2.

Ms. Akmedova's application meets the statutory criteria for an order under 28 U.S.C. § 1782 authorizing service of the proposed subpoena on Google. In addition, the factors that inform the Court's exercise of its discretion under *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004) favor authorizing service of the subpoena. Accordingly, the Court grants the application and authorizes service on Google of a subpoena for the following

information:

    a) All non-content electronically stored information ("ESI"), including but not limited to all metadata and subscriber information for the following email accounts:

        i) temur@akhmedov.net;

        ii) temur@stecapital.net;

        iii) khyshen@gmail.com;

        iv) temur.akhmedov@gmail.com;

        v) any other email address where Temur Akhmedov is determined to be the subscriber or account holder.

    b) All emails, documents or information regarding the above-listed accounts which would ordinarily be recoverable to a subscriber or account holder through the account recovery process with Google or based on the consent of the subscriber or account holder.

Google shall produce the documents and information requested in the subpoena within fourteen (14) days of service of the subpoena. Google shall produce the documents directly to the independent IT forensic expert appointed by the English Court, Aon, whose contact information for such production shall be provided by Ms. Akhmedova. Google shall preserve documents, information and evidence, electronic or otherwise, in its possession, custody or control that contain information potentially relevant to the subject matter of the Ms. Akhmedova's request.

This order does not foreclose a motion to quash or further modify the subpoena following service, or a motion to enforce the subpoena.

A copy of this order shall be served with the subpoena.

**IT IS SO ORDERED.**

Dated: October 6, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge