Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Application Tatiana Akhmedova )
                                    )  Case No: 5:20-mc-80156
          Plaintiff(s),             )
                                    )  **APPLICATION FOR**
     v.                             )  **ADMISSION OF ATTORNEY**
                                    )  **PRO HAC VICE**
                                    )  (CIVIL LOCAL RULE 11-3)
                                    )
          Defendant(s).             )  Re:  Dkt. No. 11
                                    )

I, James H. Power, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Tatiana Akhmedova in the above-entitled action. My local co-counsel in this case is Daniel Kappes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 31 West 52nd Street<br>New York, NY 10019 | 50 California Street, Suite 2800<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 513-3494 | (415) 743-6951 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| james.power@hklaw.com | daniel.kappes@hklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/06/20                                            James H. Power
                                                              APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James H. Power is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 6, 2020

*Virginia K. DeMarchi*
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE
Virginia K. DeMarchi