1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  *Attorneys for Respondent Google LLC*

6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN JOSE DIVISION**

11

| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA, | Case No. 20-mc-80156-VKD |
|---|---|
| Applicant. | **NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that Julie E. Schwartz of Perkins Coie LLP hereby appears as
2  counsel for Respondent Google LLC in the above-referenced action. Please serve all pleadings,
3  orders, notices, correspondence and other documents with regard to the above-referenced action
4  on:

> Julie E. Schwartz
> JSchwartz@perkinscoie.com
> Perkins Coie LLP
> 3150 Porter Drive
> Palo Alto, California 94304
> Telephone: (650) 838-4300
> Facsimile: (650) 838-4350

DATED: October 21, 2020                PERKINS COIE LLP

By: */s/ Julie E. Schwartz*
Julie E. Schwartz
Attorneys for Respondent
Google LLC