1  Daniel P. Kappes, Bar No. 303454
   daniel.kappes@hklaw.com
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, CA 94001
   Telephone: 415.743.6900
4  Facsimile: 415.743.6951

5  *Attorneys for Applicant Tatiana Akhmedova*

6  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
7  PERKINS COIE LLP
   3150 Porter Drive
8  Palo Alto, CA 94304
   Telephone: 650.838.4300
9  Facsimile: 650.838.4350

10 *Attorneys for Respondent Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant. | Case No. 20-mc-80156-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR RESPONDENT GOOGLE LLC TO RESPOND TO SUBPOENA OR MOVE TO QUASH OR MODIFY SUBPOENA ISSUED BY TATIANA AKHMEDOVA**<br><br>Re: Dkt. No. ~~12~~ 15 |

It is hereby stipulated between and among Applicant Tatiana Akhmedova ("Applicant"), on the one hand, and Respondent Google LLC ("Google"), on the other hand, (collectively, the "Parties"), as follows:

1. On October 9, 2020, Google was served by Applicant with a subpoena issued pursuant to the Court's October 6, 2020 Order, Dkt. No. 12 (the "Subpoena");
2. Pursuant to the Court's Order, Google's current deadline to respond to the Subpoena or to move to quash or modify the Subpoena is October 23, 2020;
3. The Parties have agreed to extend Google's deadline to respond to the Subpoena or move to quash or modify by 14 days, to November 6, 2020, to permit them additional time to attempt to resolve the issues raised by the Subpoena without litigation;
4. This is the Parties' first request to extend Google's deadline to respond to the Subpoena or to move to quash or modify the Subpoena. This request will not alter any currently existing deadlines or the current case schedule.

NOW THEREFORE, the Parties hereby stipulate and agree that Google's deadline to respond to the Subpoena or to move to quash or modify the Subpoena is November 6, 2020.

**IT IS SO STIPULATED**

DATED: October 21, 2020					PERKINS COIE LLP

							By: */s/ Julie E. Schwartz*
							Julie E. Schwartz
							Attorneys for Respondent
							Google LLC

DATED: October 21, 2020					HOLLAND & KNIGHT LLP

							By: */s/ Dan Kappes*
							Daniel P. Kappes
							Attorneys for Applicant
							Tatiana Akhmedova

1 | **<u>ATTESTATION</u>**

2 | Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document

3 | concur in its filing.

4 | Dated: October 21, 2020           */s/ Julie E. Schwartz*
      Julie E. Schwartz
5 | PERKINS COIE LLP
      Attorneys for Respondent
6 | Google LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 22, 2020     By: *Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge