HOLLAND & KNIGHT LLP
James H. Power *(pro hac vice)*
Daniel P. Kappes (SBN 303454)
50 California Street, 28th Floor
San Francisco, CA 94001
T 415.743.6900 | F 415.743.6951
E-mail: james.power@hklaw.com
E-mail: daniel.kappes@hklaw.com

Attorneys for Applicant
*Tatiana Akhmedova*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>　　　　　　　　　　Applicant,<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Case No. 20-mc-80156<br><br>**MOTION TO CORRECT CLERICAL ERROR IN DISCOVERY ORDER PURSUANT TO FED. R. CIV. 60(a)** |

**MOTION TO CORRECT CLERICAL ERROR IN DISCOVERY ORDER**

Applicant Tatiana Akhmedova ("Ms. Akhmedova" or "Applicant") moves pursuant to Fed. R. Civ. P. 60(a) for an order to correct a clerical error contained in the Court's October 6, 2020 Order Granting Discovery in Aid of a Foreign Proceeding and directing the issuance of a subpoena on Google, LLC.  Dkt. 12.

As this Court is aware, on September 16, 2020, Applicant filed an Application in this Court under 28 U.S.C. § 1782 (the "1782 Application") seeking discovery with respect to documents located in the United States and in this judicial district in the possession or control of Google, LLC ("Google") for use in pending litigation in the United Kingdom (High Court of Justice, Family Division, Case No. FD13D05340) (the "English Proceeding").  Dkt. 1.

In support of the 1782 Application, Applicant submitted the Declaration of Anthony J. Riem, which discussed that in the English Proceedings that Temur Akhmedov identified four Google-hosted email accounts belonging to him (Riem Decl. ¶ 28).  As evidence of Temur's consent to the disclosure of information related to these email accounts, Mr. Riem also included four mandates executed by Temur Akhmedov in the English Proceeding, for each of his email accounts, which include: [temur.akhmedov1993@gmail.com](temur.akhmedov1993@gmail.com); [khyshen@gmail.com](khyshen@gmail.com); [temur@stecapital.net](temur@stecapital.net); and [temur@akhmedov.net](temur@akhmedov.net).  Riem Decl. Ex. 9 (Dkt. 2-8 at 4-8).  Specifically, in the four mandates (one for each of his email accounts) Temur states:

> "I consent to the disclosure of all data contained on or relating to my account of whatever nature (including, but not limited to, emails and documents (including deleted items), account/subscriber information and metadata) being produced to Stroz Freiberg Limited of The Aon Centre… I withdraw and waive any objection that I have made or could make to the production by Google of any data which is the subject of this consent and instruction pursuant to a subpoena or other court order in any jurisdiction, provided that the subpoena or other court order is consistent with this consent and instruction."

*Id.*

1  In the Order entered by this Court on October 6, 2020, the Court authorized the discovery requested
2  by Applicant and consented to by Mr. Akhmedov by stipulation (Dkt. 9), but listed one of Temur's
3  email accounts as "temur.akhmedov@gmail.com" instead of "temur.akhmedov1993@gmail.com" .
4  Dkt. 12 at 2.  Applicant therefore respectfully requests that this Court enter an Amended Discovery
5  Order which corrects the above clerical error, in order to allow Google to comply with the subpoena
6  for information related to the proper accounts relevant to the English Proceedings, and so that the
7  information is disclosed obtained in time for use in the English Proceedings scheduled to commence
8  in November.

DATED:  October 26, 2020                          HOLLAND & KNIGHT LLP

                                                  _____
                                                  Attorneys for Applicant
                                                  *Tatiana Akhmedova*

MOTION TO CORRECT CLERICAL ERROR IN DISCOVERY ORDER PURSUANT TO FED. R. CIV. P. 60(a)