UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHEMDOVA,<br><br>Applicant. | Case No. 20-mc-80156-VKD<br><br>**AMENDED ORDER RE EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 17 |

The parties having advised that they resolved their disputes concerning discovery sought by Tatiana Akhemdova (Dkt. Nos. 9, 10), the Court previously granted Ms. Akhmedova's ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Google LLC ("Google"). Dkt. No. 12. Ms. Akhmedova now requests an amended order to correct a clerical error—namely, to correct an email address, temur.akhmedov@gmail.com, to temur.akhmedov1993@gmail.com. Dkt. No. 17. Because the correction Ms. Akhemdova seeks is clerical in nature,[1] the Court sees no need for further briefing or hearing on the matter. Ms. Akhemdova's request for an amended order is granted. The Court hereby amends its prior order as follows:

The Court grants Ms. Akhemdova's § 1782 application and authorizes service on Google of a subpoena for the following information:

a) All non-content electronically stored information ("ESI"), including but not limited to

---

[1] Although the incorrect email address appears in Ms. Akhemdova's proposed order on her original application (Dkt. No. 4), she notes that the correct address is the one to which Mr. Riem attests in his declaration submitted in support of the original application (Dkt. No. 2 ¶ 28).

1  all metadata and subscriber information for the following email accounts:

2      i)  temur@akhmedov.net;

3      ii)  temur@stecapital.net;

4      iii)  khyshen@gmail.com;

5      iv)  temur.akhmedov1993@gmail.com;

6      v)  any other email address where Temur Akhmedov is determined to be the subscriber or account holder.

b)  All emails, documents or information regarding the above-listed accounts which would ordinarily be recoverable to a subscriber or account holder through the account recovery process with Google or based on the consent of the subscriber or account holder.

Inasmuch as this amended order simply corrects a clerical error, Google shall produce the requested documents and information by the November 6, 2020 deadline previously stipulated by Ms. Akehmdova and entered as an order by the Court.  Dkt. No. 16.  Google shall produce the documents directly to the independent IT forensic expert appointed by the English Court, Aon, whose contact information for such production shall be provided by Ms. Akhmedova.  Google shall preserve documents, information and evidence, electronic or otherwise, in its possession, custody or control that contain information potentially relevant to the subject matter of the Ms. Akhmedova's request.

This order does not foreclose a motion to quash or further modify the subpoena following service, or a motion to enforce the subpoena.

**IT IS SO ORDERED.**

Dated: October 27, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge