# EXHIBIT B

| | |
|---|---|
| **From:** | Daniel.Kappes@hklaw.com |
| **To:** | Schwartz, Julie (SEA) |
| **Cc:** | Marie.Larsen@hklaw.com; James.Power@hklaw.com; Bleicher, Michael (WDC) |
| **Subject:** | Re: In re Application of Tatiana Akhemdova |
| **Date:** | Thursday, October 8, 2020 9:16:14 AM |

Ms. Schwartz,

Friday effective date of service and Oct. 23 response deadline is fine. Please let us know what time you are available to discuss the subpoena this Friday.

Sincerely,
Dan

Sent from my iPhone

On Oct 7, 2020, at 3:22 PM, Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com> wrote:

[External email]
Mr. Kappes,

We are authorized to accept service of the subpoena if we can agree that the effective date for service is Friday. That is the first date we are available to meet and confer, and we would like to have the entire two week period to attempt to resolve this. For avoidance of doubt, this would make October 23, 2020 Google's deadline to respond to the subpoena or to move to quash.

Please confirm that this is acceptable. In the meantime, Google reserves and does not waive any available rights or objections.

Thank you,

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com<mailto:%20JSchwartz@perkinscoie.com>

From: Daniel.Kappes@hklaw.com <Daniel.Kappes@hklaw.com>
Sent: Wednesday, October 7, 2020 1:21 PM
To: Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Marie.Larsen@hklaw.com; James.Power@hklaw.com
Cc: Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>
Subject: RE: In re Application of Tatiana Akhemdova

Ms. Schwartz:

Good afternoon and thank you for the email. We represent applicant Ms. Akmedova and we will, of course, direct all future correspondence to you.

Yesterday the Court granted Ms. Akmedova's ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Google LLC. Pursuant to the Court's Order (attached), will you accept email service of the attached subpoena? We would also like to schedule a brief call with you to discuss the subpoena and production of documents. We are generally free this afternoon and tomorrow and will do our best to work around your schedule. If you would like to propose some times for a call we will get back to you ASAP.

Sincerely,
Dan

Daniel Kappes | Holland & Knight
Associate
He/Him/His
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6951 | Fax 415.743.6910
daniel.kappes@hklaw.com<mailto:daniel.kappes@hklaw.com> | www.hklaw.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com_&d=DwMFAw&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=9Lff5jpnc47rad0ALpf49boK2dUsTnN3YzH0mL55Py8&m=eEQODCXhC94UXVUXhrKMkZb0qhJWNlSFSk-bXygSt5c&s=e-aRwYw8gt-Rxq0ecsI1x8mTal6cI37rX2Zh3FBt-V4&e=>
_____
Add to address book<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com_vcard.aspx-3Fuser-3Ddpkappes&d=DwMFAw&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=9Lff5jpnc47rad0ALpf49boK2dUsTnN3YzH0mL55Py8&m=eEQODCXhC94UXVUXhrKMkZb0qhJWNlSFSk-bXygSt5c&s=aiDl5IwFXN5xaGXHi05ngXvE5G_skjeoiBGlpF5ftdQ&e=> | View professional biography<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com_id77_biosdpkappes&d=DwMFAw&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=9Lff5jpnc47rad0ALpf49boK2dUsTnN3YzH0mL55Py8&m=eEQODCXhC94UXVUXhrKMkZb0qhJWNlSFSk-bXygSt5c&s=GHfEGf-vzugyTJoMfZ-msj2Rc27Ei4xcXLDZK5SpyYE&e=>

From: Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com<mailto:JSchwartz@perkinscoie.com>>

Sent: Thursday, October 01, 2020 12:30 PM
To: Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com<mailto:Marie.Larsen@hklaw.com>>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com<mailto:Daniel.Kappes@hklaw.com>>
Cc: Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com<mailto:MBleicher@perkinscoie.com>>
Subject: In re Application of Tatiana Akhemdova

[External email]
Counsel,

We have been retained by Google LLC in connection with this matter. Please direct all future correspondence to us.

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com<mailto:%20JSchwartz@perkinscoie.com>
<image001.jpg>

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.