# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant. | Case No. 20-mc-80156-VKD<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT GOOGLE LLC'S MOTION TO QUASH OR MODIFY SUBPOENA AND TO AMEND THE COURT'S ORDER DATED OCTOBER 6, 2020**<br><br>Date:     December 15, 2020<br>Time:    10:00 a.m.<br>Judge:   Hon. Virginia M. DeMarchi<br>             Courtroom 2, 5th Floor |

The Court, having considered Google LLC's ("Google") Motion to Quash or Modify Subpoena, the pleadings herein, the papers filed in support of the motion, and any oral argument, now hereby, ORDERS that:

(1) Google's Motion to Quash or Modify Subpoena is GRANTED and

(2) the following sentence of the Court's Order of October 6, 2020, ECF No. 12, is AMENDED as follows:

"Google shall preserve documents, information and evidence, electronic or otherwise, in its possession, custody or control that contain information potentially relevant to the subject matter of the Ms. Akhmedova's request"

To:

"Google shall preserve documents, information and evidence, electronic or otherwise, in its possession, custody or control for the email accounts (i) temur.akhmedov1993@gmail.com; (ii) temur@akhmedov.net; (iii) khyshen@gmail.com; and (iv) temur@stecapital.net."

Dated: _____ __, 2020

_____
Magistrate Judge Virginia K. DeMarchi