HOLLAND & KNIGHT LLP
James H. Power *(pro hac vice)*
Daniel P. Kappes (SBN 303454)
50 California Street, 28th Floor
San Francisco, CA 94001
T 415.743.6900 | F 415.743.6951
E-mail: james.power@hklaw.com
E-mail: daniel.kappes@hklaw.com

Attorneys for Applicant
*Tatiana Akhmedova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>           Applicant,<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Case No. 20-mc-80156<br><br>**STIPULATED MOTION TO ADVANCE THE HEARING ON GOOGLE LLC'S MOTION TO QUASH SUBPOENA AND SHORTEN TIME** |

MOTION TO EXPEDITE REPLY BRIEFING AND
HEARING ON MOTION TO QUASH SUBPOENA                    Case No. 20-mc-80156

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Applicant Tatiana Akhmedova ("Ms. Akhmedova" or "Applicant") hereby moves for an order to advance the December 15, 2020, hearing date on Respondent Google, LLC's ("Google") Motion to Quash or Modify Subpoena filed on October 30, 2020 (the "Motion") (Dkt. 20) and to adjust the briefing schedule accordingly.

Absent an expedited hearing, Google's Motion to Quash is noticed for hearing *after* the November 30, 2020, trial commencement date in the pending litigation in the United Kingdom (High Court of Justice, Family Division, Case No. FD13D05340) (the "English Proceeding"). As a result, in the event the Court orders Google to produce the subpoenaed discovery, the Court ordered relief will be of little consequence.

Although scheduling considerations are generally within the sole discretion of the Court, Federal Rule of Civil Procedure 6 and N.D. Local Rules 6-1 and 6-3 permit this Court to grant a request to shorten time and advance hearing upon a showing of good cause.

### II. DISCUSSION

On September 16, 2020, Applicant filed an Application in this Court under 28 U.S.C. § 1782 (the "1782 Application"). Applicant sought discovery with respect to documents in the possession or control of Google for use in the English Proceeding, specifically for use at a trial scheduled to commence on November 30, 2020. Dkt. 1 at 3. This Court granted the unopposed Application on October 6, 2020, authorizing Applicant's requested discovery and consented to by Mr. Akhmedov by stipulation (Dkt. 9). Dkt. 12 at 2, as amended at Dkt. 18.

On November 6, 2020, following several meet and confers regarding Applicant's request for information as set forth in Request No. 2 of the subpoena, Google filed a motion to quash or modify the subpoena on the basis that production of the information requested would constitute a violation of the Stored Communications Act, 18 U.S.C. § 2701, *et seq.* Dkt 20. By order of this Court, a motion hearing was set for December 15, 2020 at 10:00 a.m. on Google's Motion. *Id.* Applicant's opposition to the Motion was to be filed by November 20, 2020, and a reply submission filed no later than November 27, 2020. Due to the urgency of Applicant's need for the information sought from

Google for the English trial beginning on **November 30, 2020**, Applicant respectfully moves to expedite the remaining briefing – namely, Google's reply submission - and to advance the scheduled hearing, in accordance with the Court's earliest availability.

Good cause to shorten time in this matter exists, for the following reasons:

First, notwithstanding the above deadlines, Applicant has now filed her opposition to the Motion on November 9, 2020.  Applicant submits that with its opposition having been filed on November 9, 2020, that Google is not prejudiced by an earlier reply deadline of November 16, 2020, with the Court's hearing to take place as soon as possible thereafter.

Second, as stated in the concurrently filed Declaration of James H. Power, the English Court has requested this Court's assistance obtaining the requested discovery. Specifically, it held:

> For the avoidance of doubt, this court would indeed be assisted by production of Temur Akhmedov's Google accounts to the independent forensic expert, Aon, appointed by this court.  Careful perusal of the judge's previous orders would have made clear that this material was an important, if not crucial, part of the evidential landscape relating to Temur Akhmedov which this court will need to survey in November and December 2020.  The relief sought in the US District Court does NOT go further than the substance of what the judge intended and ordered.  Further, this court has reason to be grateful for the past assistance provided to it pursuant to title 28 U.S.C. Section 1782 (see, for example, paragraphs 28 and 29 of my judgment under citation [2019] EWHC 2561 (Fam)).  Any perception that this court is not solicitous of assistance from the United States District Court could not be further from the truth."

Power Decl. ¶ 11.  As it now stands, the English Court will commence trial prior to the hearing date in this matter, and the English Court will not have the benefit of the subpoenaed discovery, if any, should the Court deny Google's Motion.

Third, this is the Parties' first request to shorten time or advance briefing or hearing schedules in this action.

Fourth, Google has stipulated to advance the hearing on its Motion.  Initially, Ms. Akhmedova and Google negotiated in good-faith to reach a mutual agreement in an attempt to resolve this matter without Court involvement.[1]  Although the Parties were not able to reach an agreement on obtaining

---

[1] The Parties stipulated to extend Google's Motion to Quash deadline one time in an effort to avoid Motion practice. Dkts. 15 and 16.

the discovery without the Court's involvement, they were successful in reaching a stipulation to brief Google's Motion on shortened time and advance the hearing date.

The Parties jointly request that this Court hear Google's Motion to Quash no later than November 17, 2020, or as soon thereafter as the Court calendar permits. Google's Opposition to is due on or before November 16, 2020.

### III. **CONCLUSION**

For the foregoing reasons, the Parties respectfully submit that the Court should grant the Parties' Stipulated Motion Advance the Reply Briefing and Hearing on Google, LLC'S Motion to Quash.

DATED: November 9, 2020

HOLLAND & KNIGHT LLP

s/James H. Power

Attorneys for Applicant
*Tatiana Akhmedova*