1  HOLLAND & KNIGHT LLP
   James H. Power *(pro hac vice)*
2  Daniel P. Kappes (SBN 303454)
   50 California Street, 28th Floor
3  San Francisco, CA 94001
   T 415.743.6900 |  F 415.743.6951
4  E-mail: james.power@hklaw.com
   E-mail: daniel.kappes@hklaw.com
5
   Attorneys for Applicant
6  *Tatiana Akhmedova*

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                              **SAN JOSE DIVISION**
10

11  IN RE APPLICATION OF TATIANA        )   Case No. 20-mc-80156
    AKHMEDOVA,                          )
12                                      )   **[PROPOSED] ORDER GRANTING**
                                        )   **STIPULATED MOTION TO ADVANCE**
13                      Applicant,      )   **THE HEARING ON GOOGLE LLC'S**
                                        )   **MOTION TO QUASH SUBPOENA AND**
14  REQUEST FOR DISCOVERY               )   **SHORTEN TIME**
    PURSUANT TO 28 U.S.C. § 1782.       )
15                                      )
                                        )
16  _____    )

[PROPOSED] ORDER                                          Case No. 20-mc-80156

This Stipulated Motion to advance the hearing date on Google's Motion to Quash and shorten time on Google, LLC's Reply deadline is now submitted. This Court has considered the documents filed in support of the Stipulated Motion, any oral arguments of counsel, and the file herein. The requisite showing pursuant to N.D. Local Rule 6-1 and 6-3 and Federal Rule of Procedure 6, and Google having stipulated to the Motion, Applicant Tatiana Akhmedova's Motion should be granted.

Therefore, it is hereby ORDERED that the Stipulated Motion is GRANTED, and the following briefing and hearing schedule is adopted:

**November 16, 2020**: Deadline for Google to file its Reply Brief in support of its Motion to Quash; and

_____: Hearing on Google's Motion to Quash.

It is so ORDERED.

Dated: _____, 2020

Honorable Virginia K. DeMarchi
United States Magistrate Judge

[PROPOSED] ORDER                                                                 Case No. 20-mc-80156