UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHEMDOVA,<br><br>　　　　　Applicant. | Case No.  20-mc-80156-VKD<br><br>**ORDER FOR CLARIFICATION RE MOTION FOR ORDER SHORENTING TIME**<br><br>Re: Dkt. No. 23 |

On November 9, 2020, Ms. Akhemdova submitted a motion for an order shortening time with respect to Google's motion to quash.  Although Ms. Akhemdova represents that she and Google have stipulated to an accelerated deadline for Google's reply brief and an earlier hearing date, the motion is not signed by Google, and it is not clear whether Google has, in fact, so stipulated.  See Civil L.R. 7-12 ("Every stipulation requesting judicial action must be in writing signed by all affected parties or their counsel.").  If the parties have agreed on an accelerated schedule for the pending motion to quash, then by **November 12, 2020** they shall re-submit a proposed order, signed on behalf of all parties, for this Court's review.  If Google has not stipulated to a shortened schedule, then by **November 12, 2020** it shall file a response stating its position with respect to Ms. Akhemdova's request for an order shortening time.

**IT IS SO ORDERED.**

Dated: November 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge