HOLLAND & KNIGHT LLP
James H. Power *(pro hac vice)*
Daniel P. Kappes (SBN 303454)
50 California Street, 28th Floor
San Francisco, CA 94001
T 415.743.6900 |  F 415.743.6951
E-mail: james.power@hklaw.com
E-mail: daniel.kappes@hklaw.com

Attorneys for Applicant
*Tatiana Akhmedova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA,<br><br>                                 Applicant,<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Case No. 20-mc-80156<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE THE HEARING ON GOOGLE LLC'S MOTION TO QUASH SUBPOENA AND SHORTEN TIME**<br><br>RE:  Dkt. No. 25 |

Pursuant to the Court's instruction for Applicant Tatiana Akhmedova ("Applicant") to resubmit a Stipulation and Proposed Order, (dkt. 24), Applicant, on the one hand, and Respondent Google LLC ("Google"), on the other hand, (collectively, the "Parties"), stipulate as follows:

1. On November 6, 2020, Google LLC ("Google") filed a Motion to Quash or Modify a subpoena *duces tecum* served by Applicant Tatiana Akhmedova in this action and to amend the Court's Order dated October 6, 2020 (the "Motion");

2. On November 9, 2020, Applicant filed her opposition to Google's Motion, except to the extent it sought to amend the preservation portion of the Court's Order dated October 6, 2020;

3. The information requested in the subpoena and in this action for discovery in aid of foreign proceeding is sought by Applicant for use at trial scheduled to commence before the High Court of Justice, Family Division, Case No. FD13D05340) on November 30, 2020;

NOW THEREFORE, good cause appearing, the Parties hereby stipulate and agree that Google's reply in support of its Motion will be filed by November 16, 2020; and the Parties further

STIPULATE AND AGREE to entry of an Order Shortening Time for the scheduling of a hearing on Google's Motion, at the Court's earliest availability, should the Court choose to hold a hearing on this matter.

**IT IS SO STIPULATED**

DATED: November 11, 2020          PERKINS COIE LLP

                                  By:    *s/ Julie Schwartz*
                                  Julie E. Schwartz
                                  Attorneys for Respondent
                                  Google LLC

DATED: November 11, 2020          HOLLAND & KNIGHT LLP

                                  By:    *s/James Power*
                                  James H. Power
                                  Attorneys for Applicant
                                  Tatiana Akhmedova

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

Dated: November 11, 2020           *s/James Power*
James H. Power
Attorneys for Applicant
Tatiana Akhmedova

**[PROPOSED] ORDER**

This Stipulated Motion to advance the hearing date on Google's Motion to Quash and shorten time on Google, LLC's Reply deadline is now submitted. This Court has considered the documents filed in support of the Stipulated Motion, any oral arguments of counsel, and the file herein. The requisite showing pursuant to N.D. Local Rule 6-1 and 6-3 and Federal Rule of Procedure 6, and Google having stipulated to the Motion, Applicant Tatiana Akhmedova's Motion should be granted.

Therefore, it is hereby ORDERED that the Stipulated Motion is GRANTED, and the following briefing and hearing schedule is adopted:

**November 16, 2020**: Deadline for Google to file its Reply Brief in support of its Motion to Quash; and

November 24, 2020, 10:00 a.m.: Hearing on Google's Motion to Quash.

It is so ORDERED.

Dated: November 12, 2020

*Virginia K. DeMarchi*
Honorable Virginia K. DeMarchi
United States Magistrate Judge