1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

|  |  |
|---|---|
| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA, | Case No. 20-mc-80156-VKD |
|  | **[PROPOSED] ORDER GRANTING RESPONDENT AND NON-PARTY GOOGLE LLC'S NOTICE OF MOTION AND MOTION DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** |
| Applicant. |  |
|  | Date:      _____ Time:     _____ Judge:    _____ |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION DE NOVO
DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE
CASE NO. 20-MC-80156-VKD

1   The Court, having considered Google LLC's ("Google") Motion De Novo Determination

2   of Dispositive Matter Referred to Magistrate Judge ("Motion"), the pleadings herein, the papers

3   filed in support of the motion, and any oral argument, now hereby, ORDERS that Google's

4   Motion is GRANTED.

5   Dated: _____ __, 2020

6

7   _____
    UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION DE NOVO
DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE
CASE NO. 20-mc-80156-VKD