**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant. | Case No. 20-mc-80156-VKD<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT AND NON-PARTY GOOGLE LLC'S MOTION TO STAY**<br><br>Date: _____<br>Time: _____<br>Judge: _____ |

The Court, having considered Google LLC's ("Google") Motion to Stay Order Denying Google's Motion to Quash Subpoena, the pleadings herein, the papers filed in support of the motion, and any oral argument, now hereby, ORDERS that Google's Motion to Stay is GRANTED.

Dated: _____ \_\_, 2020

                                              UNITED STATES DISTRICT JUDGE