UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant. | Case No.  20-mc-80156-VKD<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |
|---|---|

A party having filed a motion for de novo review or in the alternative, for review of a non-dispositive order by a magistrate judge (Dkt. No. 31), the Clerk of the Court shall reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: November 30, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge