UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHEMDOVA,<br><br>         Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 20-mc-80156-VKD<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Re: Dkt. No. 34 |

The Clerk will now reassign this case to a United States District Judge because a Motion for De Novo Determination was filed on November 27, 2020. Therefore, this matter is reassigned to the district judge who was the general duty district judge on the date this miscellaneous matter was filed.

Dated: November 30, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Snooki Puli, Deputy Clerk

*Rev. 10-18*