HOLLAND & KNIGHT LLP
James H. Power *(pro hac vice)*
Daniel P. Kappes (SBN 303454)
50 California Street, 28th Floor
San Francisco, CA 94001
T 415.743.6900 | F 415.743.6951
E-mail: james.power@hklaw.com
E-mail: daniel.kappes@hklaw.com

Attorneys for Applicant
*Tatiana Akhmedova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF TATIANA AKHMEDOVA, <br><br> Applicant, <br><br> REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Case No. 20-mc-80156 <br><br> **JOINT REPORT ON STATUS OF CIVIL PROCEEDINGS IN THE UNITED KINGDOM** |

Applicant Tatiana Akhmedova ("Ms. Akhmedova" or "Applicant") and Respondent Google LLC ("Google") submit this Joint Report on the Status of the Civil Proceeding in the United Kingdom[1] pursuant to this Court's December 2, 2020, Order (Dkt. 36). This Joint Report is based on information from Applicant only, as Google has no independent knowledge of the proceedings.

**CURRENT STATUS OF THE CIVIL PROCEEDINGS IN THE UNITED KINGDOM**

1. The London trial began, as scheduled, on November 30, 2020. The first two days were allocated for the Judge's pre-reading.

2. Proceedings began on December 2, 2020, via videoconference. On that same date, Temur Akhmedov ("Temur") appeared without legal representatives. Temur represented that his lawyers had ceased to act due to non-payment of fees. Temur appeared from Moscow, where he had recently travelled, despite Court Order that he attend the United Kingdom proceedings in person, for the purposes of providing oral evidence.

3. Temur applied orally for certain relief intended to enable him to raise a loan to pay his (former) lawyers. By the Order of Mrs. Justice Knowles dated December 2, 2020, the Court granted relief permitting Temur to raise a loan provided he returned to England for the trial. The trial was adjourned until Monday, December 7, 2020, at 10 a.m., so as to enable Temur to travel to London and for his lawyers to be re-instructed.

4. On or about December 7, 2020, it is anticipated that party witnesses will begin providing oral evidence. It is anticipated witnesses will testify for approximately 4 or 5 days.

5. The Court has directed that closing argument will be heard over 3 or 4 days, commencing on or about Tuesday, December 15, 2020.

6. Counsel for Ms. Akhmedova is unaware when the Court will issue a judgment upon conclusion of the trial. Justice Knowles has stated that she intends to reserve judgment and will not give her decision at the end of the hearing. Ms. Akhmedova's legal team anticipates that judgment is likely to be handed down in February or March 2021, although this will depend on the Judge's other commitments (and could be earlier or later).

---

[1] Pending litigation in the United Kingdom (High Court of Justice, Family Division, Case No. FD13D05340) (the "English Proceeding").

| | | |
|---|---|---|
| 1 | DATED: December 3, 2020 | HOLLAND & KNIGHT LLP |
| 2 | | |
| 3 | | _____s/ James Power_____<br>Attorneys for Applicant<br>*Tatiana Akhmedova* |
| 4 | | |
| 5 | DATED: December 3, 2020 | PERKINS COIE LLP |
| 6 | | |
| 7 | | _____s/ Julie Schwartz_____<br>Julie E. Schwartz<br>Attorneys for Respondent and Non-Party |
| 8 | | *Google LLC* |

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

DATED: December 3, 2020  HOLLAND & KNIGHT LLP

                                                              s/ James Power
Attorneys for Applicant
*Tatiana Akhmedova*