UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 9, 2020             Judge: Hon. James Donato

Time: 21 Minutes

Case No.    **MC-20-80156-JD**
Case Name   **In re Application of Tatiana Akhmedova**

Attorney(s) for Plaintiff(s):    James Power
Attorney(s) for Defendant(s):   Julie E. Schwartz

Deputy Clerk: Lisa R. Clark            Court Reporter: JoAnn Bryce

### PROCEEDINGS

Motion re Magistrate Judge Order -- Held (by Zoom webinar)
Motion to Stay -- Held (by Zoom webinar)

### NOTES AND ORDERS

For the reasons discussed on the record, Google LLC's objection to the order to produce the two email accounts owned by Temur Akhmedov, Dkt. No. 30, is overruled. Google is directed to produce the contents of the accounts to Tatiana Akhmedova and her counsel, or the designated forensic expert, by 5:00 p.m. California time on December 10, 2020. The Court emphasizes that the production here is limited to the facts and circumstances in this rather unique case, and is not intended to be representative of any production obligations *vel non* for Google in other cases.

The production is without prejudice to any other objections Google would like to pursue on review of the magistrate judge's order. The parties will meet and confer about any remaining issues and propose a joint briefing schedule for further proceedings as warranted. Dkt. Nos. 31 and 32 are terminated without prejudice.