1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  *Attorney for Respondent and Non-Party Google LLC*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TATIANA AKHMEDOVA,<br><br>Applicant. | Case No. 20-mc-80156-JD<br><br>**SUPPLEMENTAL DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF RESPONDENT AND NON-PARTY GOOGLE LLC'S NOTICE OF MOTION AND RENEWED MOTION DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>Date:      May 6, 2021<br>Time:     10:00 a.m.<br>Judge:    Hon. James Donato<br>Courtroom 11, 19th floor |

I, Julie E. Schwartz, hereby declare as follows:

1. I am a partner at the law firm of Perkins Coie LLP. I have been retained as outside counsel for Respondent Google, LLC ("Google") in connection with the subpoena issued to it by Applicant Tatiana Akhmedova ("Applicant"). I make this declaration based upon personal knowledge, and if called upon to do so, I could and would testify competently to the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the hearing before this Court on December 9, 2020, regarding Google's motion to quash Applicant's subpoena.

3. Consistent with the Court's instructions at the December 9 hearing, I provided Applicant's counsel with a draft of Google's proposed modifications to ECF No. 30 (the "Order") by email on December 28, 2020. A true and correct copy of this document is attached hereto as Exhibit B.

4. Throughout January 2021, I exchanged emails with Applicant's counsel regarding Google's proposed changes. True and correct copies of these email exchanges are attached hereto as Exhibit C. On January 29, 2021, my colleague, Michael Bleicher, and I met and conferred with Applicant's counsel by videoconference for one hour regarding Google's proposed modifications.

5. Based on Applicant's counsel's representations during the January 29, 2021 meet and confer videoconference, Mr. Bleicher provided Applicant's counsel with a revised set of proposed modifications to the Order by email on February 19, 2021. A true and correct copy of this proposal is attached hereto as Exhibit D.

6. I discussed Google's revised proposed modifications with Applicant's counsel by email in March 2021. True and correct copies of these email exchanges are attached hereto as Exhibit E. The parties were ultimately unable to agree on all but one of Google's proposed

1  modifications.  The parties did agree to a proposed modification that expressly limits the Order to
2  the unique facts of the case.

3        7. Based on Applicant's counsel's representations in the above-referenced email
4  exchanges and meet and confer, Google made additional revisions to its proposed modifications
5  to the Order.  A true and correct copy of Google's final proposed modifications to the Order,
6  which include the modification to which Applicant agrees, is attached hereto in "redline" format
7  as Exhibit F.  The modification to which Applicant agrees is on page 8 of Exhibit F ("The Court
8  emphasizes that this Order is limited to the facts and circumstances in this rather unique case, and
9  is not intended to be representative of any production obligations vel non for Google in other
10 case.").

11       8. A true and correct copy of the transcript of the parties' November 24, 2020
12 hearing before Magistrate Judge DeMarchi regarding Google's motion to quash is attached hereto
13 as Exhibit G.

14     I declare under penalty of perjury that the foregoing is true and correct.

16     Executed this 1st day of April, 2021, in Seattle, Washington.

By: */s/ Julie E. Schwartz*
    Julie E. Schwartz