# EXHIBIT C

| | |
|---|---|
| From: | James.Power@hklaw.com |
| To: | Schwartz, Julie (SEA); Daniel.Kappes@hklaw.com; Marie.Larsen@hklaw.com; Smith, Kate (PAO) |
| Cc: | Bleicher, Michael (WDC); Naomi.Holliday-Martinez@hklaw.com; Earl, Erin K. (SEA) |
| Subject: | RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California) |
| Date: | Thursday, January 28, 2021 2:41:44 PM |

Ok

-------- Original Message --------
From: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>
Date: Thu, January 28, 2021 2:05 PM -0500
To: "Power, James H (NYC - X73494)" <James.Power@hklaw.com>, "Kappes, Daniel P (SFO - X56951)" <Daniel.Kappes@hklaw.com>, "Larsen, Marie E (NYC - X73477)" <Marie.Larsen@hklaw.com>, "Smith, Kate (Perkins Coie)" <KateSmith@perkinscoie.com>
CC: "Bleicher, Michael (Perkins Coie)" <MBleicher@perkinscoie.com>, "Holliday-Martinez, Naomi (NYC - X73569)" <Naomi.Holliday-Martinez@hklaw.com>, "Earl, Erin K. (Perkins Coie)" <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

[External email]

Let's do 12:30 p.m. eastern.

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

-----Original Message-----
From: James.Power@hklaw.com <James.Power@hklaw.com>
Sent: Thursday, January 28, 2021 10:51 AM
To: Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Daniel.Kappes@hklaw.com; Marie.Larsen@hklaw.com; Smith, Kate (PAO) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>; Naomi.Holliday-Martinez@hklaw.com; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

I am available tomorrow between 12 and 1 NY time.

James Power | Holland & Knight
Partner
Holland & Knight LLP
31 West 52nd Street | New York New York 10019 Phone 212.513.3494 | Fax 212.341.7240 james.power@hklaw.com | www.hklaw.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com&d=DwIFAg&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=j-lxl_XDMWSXPtWbHHFuhcTQz4d6DA9cB5_nnkyXm4w&m=QGfrooXe11qVWzVMMNT4_mnZOJUHlxmdSqsf6X9d-HU&s=ZSNrrlvxPGSyuQP-yPUg0WjwK68yT1cWin7E3o9cAJ8&e=> -----Original Message-----
From: Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
Sent: Thursday, January 28, 2021 1:50 PM
To: Power, James H (NYC - X73494) <James.Power@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com>; Smith, Kate (Perkins Coie) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com>; Holliday-Martinez, Naomi (NYC - X73569) <Naomi.Holliday-Martinez@hklaw.com>; Earl, Erin K. (Perkins Coie) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

[External email]

James,

Following up on this.  Please advise regarding your availability.

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

-----Original Message-----
From: Schwartz, Julie (SEA)
Sent: Friday, January 22, 2021 4:42 PM
To: 'James.Power@hklaw.com' <James.Power@hklaw.com>; Daniel.Kappes@hklaw.com; Marie.Larsen@hklaw.com; Smith, Kate (PAO) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>; Naomi.Holliday-Martinez@hklaw.com; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

Hi James,

We disagree with your position.  Can you please let us know your availability to meet and confer next week?  I am out on Monday but will be around for the remainder of the week.

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

-----Original Message-----
From: James.Power@hklaw.com <James.Power@hklaw.com>
Sent: Friday, January 22, 2021 2:34 PM
To: Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Daniel.Kappes@hklaw.com; Marie.Larsen@hklaw.com; Smith, Kate (PAO) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>; Naomi.Holliday-Martinez@hklaw.com; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

Julie,

We have reviewed your draft and cannot unilaterally agree to a substantial re-writing of the Court's holding, which was not contemplated by the District Judge.  However, we are willing to include the phrase included in your draft which states:  "The Court emphasizes that this Order is limited to the facts and circumstances in this rather unique case, and is not intended to be representative of any production obligations vel non for Google in other cases."  See attached revised draft.

We expect that this wording should be sufficient to address Google's stated concerns, without changing the substantive ruling of the Court or the non-contested facts on the record and the legal arguments presented by the parties upon which the original order was based.

Best regards,
James

James Power | Holland & Knight
Partner
Holland & Knight LLP
31 West 52nd Street | New York New York 10019 Phone 212.513.3494 | Fax 212.341.7240 james.power@hklaw.com | www.hklaw.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com&d=DwIFAg&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=j-lxl_XDMWSXPtWbHHFuhcTQz4d6DA9cB5_nnkyXm4w&m=QGfrooXe11qVWzVMMNT4_mnZOJUHlxmdSqsf6X9d-HU&s=ZSNrrlvxPGSyuQP-yPUg0WjwK68yT1cWin7E3o9cAJ8&e=> >

-----Original Message-----

From: Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
Sent: Thursday, January 21, 2021 5:30 PM
To: Power, James H (NYC - X73494) <James.Power@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com>; Smith, Kate (Perkins Coie) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com>; Holliday-Martinez, Naomi (NYC - X73569) <Naomi.Holliday-Martinez@hklaw.com>; Earl, Erin K. (Perkins Coie) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

[External email]

James,

Can you please update me on status?

Thank you,

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

-----Original Message-----
From: Schwartz, Julie (SEA)
Sent: Tuesday, January 12, 2021 11:29 AM
To: 'James.Power@hklaw.com' <James.Power@hklaw.com>; 'Daniel.Kappes@hklaw.com' <Daniel.Kappes@hklaw.com>; 'Marie.Larsen@hklaw.com' <Marie.Larsen@hklaw.com>; Smith, Kate (PAO) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>; 'Naomi.Holliday-Martinez@hklaw.com' <Naomi.Holliday-Martinez@hklaw.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

Hi James,

I'm just following up on this. Please let us know the status of your review.

Thanks,

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

-----Original Message-----
From: Schwartz, Julie (SEA)
Sent: Wednesday, December 30, 2020 9:17 AM
To: 'James.Power@hklaw.com' <James.Power@hklaw.com>; Daniel.Kappes@hklaw.com; Marie.Larsen@hklaw.com; Smith, Kate (PAO) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>; Naomi.Holliday-Martinez@hklaw.com; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

Okay, sounds good. Happy New Year!

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

-----Original Message-----
From: James.Power@hklaw.com <James.Power@hklaw.com>
Sent: Wednesday, December 30, 2020 9:16 AM
To: Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Daniel.Kappes@hklaw.com; Marie.Larsen@hklaw.com; Smith, Kate (PAO) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>; Naomi.Holliday-Martinez@hklaw.com; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

Julie

I am beginning a vacation for the next several days. I will not be able to spend time on this issue until earliest January 5. I will be in touch around that time and enjoy the Holidays.

James

James Power | Holland & Knight
Partner
Holland & Knight LLP
31 West 52nd Street | New York New York 10019 Phone 212.513.3494 | Fax 212.341.7240 james.power@hklaw.com | www.hklaw.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com&d=DwIFAg&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=j-lxl_XDMWSXPtWbHHFuhcTQz4d6DA9cB5_nnkyXm4w&m=QGfrooXe11qVWzVMMNT4_mnZOJUHlxmdSqsf6X9d-HU&s=ZSNrrlvxPGSyuQP-yPUg0WjwK68yT1cWin7E3o9cAJ8&e= > -----Original Message-----
From: Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
Sent: Monday, December 28, 2020 8:28 PM
To: Power, James H (NYC - X73494) <James.Power@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com>; Smith, Kate (Perkins Coie) <KateSmith@perkinscoie.com>
Cc: Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com>; Holliday-Martinez, Naomi (NYC - X73569) <Naomi.Holliday-Martinez@hklaw.com>; Earl, Erin K. (Perkins Coie) <EEarl@perkinscoie.com>
Subject: RE: Civil Subpoena, In re Ex Parte Application of Tatiana Akhmedova, Case No. 20-mc-80156-VKD (Northern District of California)

[External email]

Counsel,

We hope you are well. We prepared the attached redline of the Court's order to show our proposed modifications. Please let us know if you are agreeable to these changes, whether you have additional proposed changes, or if we need to arrange for a briefing schedule.

Thank you,

Julie Schwartz | Perkins Coie LLP
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com