# EXHIBIT E

| | |
|---|---|
| **From:** | Marie.Larsen@hklaw.com |
| **To:** | Schwartz, Julie (SEA); Daniel.Kappes@hklaw.com; James.Power@hklaw.com |
| **Cc:** | Bleicher, Michael (WDC) |
| **Subject:** | RE: Google / Akhmedova / Follow-up Call |
| **Date:** | Monday, March 15, 2021 6:49:44 PM |
| **Attachments:** | Google Order Denying Mtn. to Quash.pdf |

Julie,

We do not agree with adding the new introductory section to the Court's opinion where Google seeks to draft a new holdings in order to "clarify" the magistrate judge's ruling. Therefore we do not agree to any of this addition. Additionally, the substance of this revision is already included in the Court's footnote 1 and therefore need not be added.

Regards,
Marie

**Marie Larsen | Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3477 | Fax 212.341.7167
marie.larsen@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
**Sent:** Monday, March 15, 2021 2:15 PM
**To:** Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Power, James H (NYC - X73494) <James.Power@hklaw.com>
**Cc:** Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

*[External email]*
Thanks Marie. We're preparing to file our motion, which we will notice on a regularly noticed-motion schedule, as we agreed. But before moving forward, I want to make sure I'm understanding your client's position correctly. Is it just the highlighted language your client disagrees with, and if so, is there language you might propose instead?

- The English court issued a statement indicating ==that it had determined the accounts belonged to Mr. Akhmedov== and that the court would be assisted by production of the contents of those accounts. Furthermore, Applicant's counsel has represented that there is no dispute in the underlying litigation that the accounts belong to Mr. Akhmedov and that he has produced emails from the accounts in the litigation.

**Julie Schwartz** | **Perkins Coie LLP**
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

---

**From:** Marie.Larsen@hklaw.com <Marie.Larsen@hklaw.com>
**Sent:** Friday, March 5, 2021 12:15 PM
**To:** Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Daniel.Kappes@hklaw.com; James.Power@hklaw.com
**Cc:** Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

Julie,

I don't think it would be accurate to suggest that the English Court expressly discussed a finding of ownership of the email accounts.  Therefore we are not comfortable agreeing to this language.  It was certainly implicit in the underlying proceedings and in the request of the English Court for the assistance of the US court, but these nuances demonstrate why it is difficult to write findings on behalf of the District Court.

Regards,
Marie

**Marie Larsen** | **Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3477 | Fax 212.341.7167
marie.larsen@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
**Sent:** Friday, March 5, 2021 11:56 AM
**To:** Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Power, James H (NYC - X73494) <James.Power@hklaw.com>
**Cc:** Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

*[External email]*
Thanks Marie.  As you know, we disagree with your interpretation of the Court's direction.  To clarify, my understanding is that your client was agreeable to the two changes identified in my February 25 email.  Let me know if I have misunderstood.

**Julie Schwartz** | **Perkins Coie LLP**

PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

**From:** Marie.Larsen@hklaw.com <Marie.Larsen@hklaw.com>
**Sent:** Friday, March 5, 2021 8:10 AM
**To:** Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Daniel.Kappes@hklaw.com; James.Power@hklaw.com
**Cc:** Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

Julie,

We cannot agree to the proposed changes by Google contained in the most recent version sent. Specifically, we have already advised that we cannot agree to the removal of "nothing in the SCA requires that consent be communicated in the manner Google prescribes or permits a service provider to dictate the form of acceptable consent." This is a true and accurate conclusion of the Court which we decline to re-write. We do not believe it is appropriate to re-write the opinion of the Court, and that doing so would be outside the scope of what was contemplated when the Court stated that Google could provide language to protect itself in future cases.

The statement that "The Court emphasizes that this Order is limited to the facts and circumstances in this rather unique case, and is not intended to be representative of any production obligations vel non for Google in other cases" is sufficient for those purposes and we would agree to such a statement.

Regards,
Marie

**Marie Larsen** | **Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3477 | Fax 212.341.7167
marie.larsen@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
**Sent:** Thursday, February 25, 2021 6:16 PM
**To:** Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Power, James H (NYC - X73494) <James.Power@hklaw.com>
**Cc:** Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

*[External email]*

Counsel,

Following up on this, we understand that your client does not oppose the additions to the order noted below, but she does oppose the addition of the first section regarding the standard of review. For the remainder of the changes, you will note that we pared them down significantly. Can you please let us know this week if your client agrees to the remaining narrowed changes?

Agreed additions:

- The English court issued a statement indicating that it had determined the accounts belonged to Mr. Akhmedov and that the court would be assisted by production of the contents of those accounts. Furthermore, Applicant's counsel has represented that there is no dispute in the underlying litigation that the accounts belong to Mr. Akhmedov and that he has produced emails from the accounts in the litigation.

- The Court emphasizes that this Order is limited to the facts and circumstances in this rather unique case, and is not intended to be representative of any production obligations vel non for Google in other cases.

**Julie Schwartz | Perkins Coie LLP**
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

---

**From:** Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>
**Sent:** Friday, February 19, 2021 8:32 AM
**To:** Marie.Larsen@hklaw.com; Daniel.Kappes@hklaw.com; James.Power@hklaw.com
**Cc:** Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

Counsel,

Attached, please find a new redline of our client's proposed changes reflecting our takeaways from the parties' conversation last month. We're available to meet and confer if you'd like to discuss.

Best,
Michael

**Michael Bleicher | Perkins Coie LLP**
ASSOCIATE
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
D. +1.202.654.6328
F. +1.202.654.6211
E. MBleicher@perkinscoie.com

**From:** Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>
**Sent:** Thursday, February 4, 2021 3:10 PM
**To:** Marie.Larsen@hklaw.com; Daniel.Kappes@hklaw.com
**Cc:** Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

Okay, thanks.  I will take the call off calendar and let you know our client's final position.

**Julie Schwartz | Perkins Coie LLP**
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

---

**From:** Marie.Larsen@hklaw.com <Marie.Larsen@hklaw.com>
**Sent:** Thursday, February 4, 2021 12:01 PM
**To:** Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Daniel.Kappes@hklaw.com
**Cc:** Bleicher, Michael (WDC) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

Julie,

We have spoken to our client, who is not willing to eliminate the specific sentence focused on during our last call, which was "However, nothing in the SCA requires that consent be communicated in the manner Google prescribes or permits a service provider to dictate the form of acceptable consent."

Along the lines of our last call, our position is that an extensive re-write along the lines proposed exceeds the scope of what the District Court contemplated.  We reiterate our willingness to include language which states that the holding in this matter is limited to the factual circumstances therein.

Let us know if you would like to discuss any remaining issues.

Best,
Marie

**Marie Larsen | Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3477 | Fax 212.341.7167
marie.larsen@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>

**Sent:** Thursday, February 04, 2021 2:46 PM
**To:** Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Larsen, Marie E (NYC - X73477) <Marie.Larsen@hklaw.com>
**Cc:** Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com>
**Subject:** RE: Google / Akhmedova / Follow-up Call

*[External email]*
Counsel,

Has your client changed her position? If not, I'm not sure we need the call today.

**Julie Schwartz | Perkins Coie LLP**
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690
E. JSchwartz@perkinscoie.com

-----Original Appointment-----
**From:** Schwartz, Julie (SEA)
**Sent:** Friday, January 29, 2021 10:23 AM
**To:** Schwartz, Julie (SEA); Daniel.Kappes@hklaw.com; Marie.Larsen@hklaw.com; Bleicher, Michael (WDC)
**Subject:** Google / Akhmedova / Follow-up Call
**When:** Thursday, February 4, 2021 1:00 PM-1:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** WebEx

-- Do not delete or change any of the following text. --

Join Webex meeting at Perkins Coie LLP
Meeting number (access code): 145 742 0238
Meeting password: 3dgYVEsAP76

**Tap to join from a mobile device (attendees only)**
+1-415-655-0001,,1457420238## US Toll

**Join by phone**
+1-415-655-0001 US Toll
Global call-in numbers

**Join from a video system or application**
Dial 1457420238@perkinscoie.webex.com
You can also dial 173.243.2.68 and enter your meeting number. Can't join the meeting?

If you are a host, click here to view host information.
IMPORTANT NOTICE: Please note that this Webex service allows audio and other information sent during the session to be recorded, which may be discoverable in a legal matter. By joining this session, you automatically consent to such recordings. If you do not consent to being recorded, discuss your concerns with the host or do not join the session.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.